Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant MIRANDA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO HERIBERTO MIRANDA,<br><br>Defendant. | CASE NO.: 2:24-cr-00094-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between SIGAL CHATTAH, First Assistant United States Attorney, DANIEL J. COWHIG, Assistant United States Attorney, counsel for the United States of America, and LANCE A. MANINGO, of MANINGO LAW, counsel for Defendant RICARDO HERIBERTO MIRANDA ("MIRANDA"), that Sentencing currently scheduled for January 6, 2025, at 2:00 p.m. be vacated and continued thirty (30) days, or to a date and time to be set by this Honorable Court.

This Stipulation is entered into for the following reasons:

1. That Defendant MIRANDA recently began medical treatment at NSDC for outstanding health issues and understands from his providers that it would be medically optimal to allow those conditions to be addressed and stabilized before he is transferred to another facility to serve any sentence of confinement;

2. That Counsel for MIRANDA needs additional time to consult with Defendant regarding Sentencing;

3. That Defendant MIRANDA is in custody, has no significant disciplinary issues at NSDC, and does not object to a continuance;

1

4. That Assistant United States Attorney, DANIEL J. COWHIG, does not object to a continuance;

5. That this is the first request for a continuance of Sentencing in this case; and

6. That denial of this request for a continuance could result in a miscarriage of Justice.

RESPECTFULLY SUBMITTED this 3rd day of December 2025.

By: /s/ Lance A. Maningo
    LANCE A. MANINGO
    Attorney for Defendant MIRANDA

By: /s/ Daniel J. Cowhig
    DANIEL J. COWHIG
    Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

　　　　　Plaintiff,

vs.

RICARDO HERIBERTO MIRANDA,

　　　　　Defendant.

CASE NO.: 2:24-cr-00094-APG-EJY

**ORDER TO CONTINUE SENTENCING**
(First Request)

## FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. That Defendant MIRANDA recently began medical treatment at NSDC for outstanding health issues and understands from his providers that it would be medically optimal to allow those conditions to be addressed and stabilized before he is transferred to another facility to serve any sentence of confinement;

2. That Counsel for MIRANDA needs additional time to consult with Defendant regarding Sentencing;

3. That Defendant MIRANDA is in custody, has no significant disciplinary issues at NSDC, and does not object to a continuance;

4. That Assistant United States Attorney, DANIEL J. COWHIG, does not object to a continuance;

5. That this is the first request for a continuance of Sentencing in this case; and

6. That denial of this request for a continuance could result in a miscarriage of Justice.

/ / /

3

**CONCLUSIONS OF LAW**

The ends of justice are served by granting the requested continuance.

**ORDER**

IT IS THEREFORE ORDERED that Sentencing in this matter currently scheduled for January 6, 2025, at 2:00 p.m. be vacated and continued to February 12, 2026 at 9:30 a.m. in LV Courtroom 6C.

DATED this 4th day of December 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

MANINGO LAW

By:   /s/ Lance A. Maningo
      Lance A. Maningo
      Nevada Bar No. 6405
      400 South 4th Street, Suite 650
      Las Vegas, Nevada 89101
      Attorney for Defendant MIRANDA

4